United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

No. 96-2856

_____

|  |  |  |
|---|---|---|
| Marilyn J. Bryant, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Southern District of Iowa. |
| Monfort Pork Plant; Con Agra, Inc., | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: December 3, 1997

Filed: December 10, 1997

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Marilyn J. Bryant appeals from the district court's[1] entry of summary judgment in favor of her former employer in her sex discrimination action. Having reviewed the record and the parties' submissions on appeal, we conclude that summary judgment was properly entered. Because an extended opinion would serve no precedential value, we affirm without further discussion. See 8th Cir. R. 47B.

_____

[1]The Honorable R. E. Longstaff, United States District Judge for the Southern District of Iowa.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.